FILED

**IN THE UNITED STATES DISTRICT COURT** 2017 FEB -2 AM 11: 11
**FOR THE MIDDLE DISTRICT OF FLORIDA**
(Jacksonville Division)

Case No.: 3:17-CV-132-J-20JBT

WILLIE HARRIS,

      Plaintiff,

v.

GREAT AMERICAN INSURANCE COMPANY,

      Defendant.

_____/

Removed from Circuit Court
of Duval County, Florida
Case No:  16-CA-006120

## NOTICE OF REMOVAL

     Defendant Great American Insurance Company ("GAIC"), by and through its undersigned counsel, hereby gives notice, pursuant to 28 U.S.C. 1441 *et seq.*, of the removal of this action from the Circuit Court of Duval County, Florida, Case No.: 16-CA-006120, to the United States District Court for the Middle District of Florida (Jacksonville Division) based on the following:

     1.     On or about September 19, 2016, Plaintiff filed a Complaint against Defendant in the Circuit Court of Duval County, Florida. That Complaint was served on Defendant on November 14, 2016.

     2.     In its Complaint, Plaintiff alleges that he was at all times material a resident of Duval County, Florida. *See Exhibit A, Complaint* at ¶ 3, *attached hereto.*

1

3.      Plaintiff alleges that he procured a policy of occupational accident insurance from GAIC which was in full force and effect at the time a loss or injury occurred on January 7, 2014, at ¶¶ 5-7, 9.

4.      Plaintiff further alleges that Defendant GAIC is an insurance company authorized to transact business in the State of Florida. *See Exhibit A*, at ¶ 4.

5.      While GAIC is authorized to conduct business in Florida, Defendant would further show that GAIC is, in fact, an Ohio corporation having its principal place of business in Hamilton County, Ohio. *See Exhibit B, Affidavit of Karen Handel and supporting exhibit B1, attached hereto.*

6.      Plaintiff further alleges that GAIC has failed to pay benefits payable under the policy in breach of contract. *See Exhibit A*, at ¶¶ 10-14.

7.      Plaintiff's Complaint merely alleges the minimum jurisdictional amount for Florida Circuit Court, greater than $15,000.00 in damages, exclusive of interest, cost and attorneys' fees. *See Exhibit A*, at ¶ 1.

8.      However, on December 15, 2016, Defendant's counsel served Plaintiff with a request for admissions seeking admission that Plaintiff was seeking greater than $75,000.00 in damages, stating thus:

> 1. Please admit Plaintiff seeks total compensatory damages, arising out of the breach of contract alleged in the Complaint, in an amount in excess of Seventy-Five Thousand Dollars and No Cents ($75,000.00), exclusive of interest and costs.

*See Exhibit C,*, at ¶ 1, *attached hereto.*

9.      On January 12, 2017, Plaintiff's counsel served the undersigned with the Plaintiff's Responses to Defendant's First Request for Admissions, in which Plaintiff's

Response was "Admitted" to said request. *See Exhibit D, Plaintiff's Response to Defendant's First Request for Admissions,* attached hereto.

10.     28 U.S.C. § 1332(a)(1) provides the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States.

11.     28 U.S.C. § 1332(c)(1) provides in pertinent part a corporation shall be deemed to be a citizen of any state in which it has been incorporated and of the state where it has its principal place of business.

13.     28 U.S.C. § 1441(a) provides in pertinent part any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending.

14.     Plaintiff is domiciled in the State of Florida. *See Exhibit A,* at ¶ 3.

15.     Defendant GAIC is not a citizen of the State of Florida. It is incorporated and has its principal place of business in Hamilton County, Ohio.

16.     Plaintiff's claim for damages concerns an amount in controversy in excess of $75,000.00, exclusive of interests and costs, per Plaintiff's admission dated January 12, 2017.

17.     Based on the foregoing, this matter is subject to the original jurisdiction of the Court under 28 U.S.C. § 1332, and this case may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

18.     This Notice of Removal is being filed within thirty (30) days of service of the first paper or pleading indicating Plaintiff's claim meets the amount-in-controversy requirements for diversity of citizenship jurisdiction pursuant to 28 U.S.C. § 1446(b)(3). That first paper or pleading was Plaintiff's Response to Defendant's First Request for Admissions, said service occurring on January 12, 2017.

19.     A complete copy of all process, pleadings and orders in the Circuit Court of Duval County, Florida in Case No. 16-CA-006120, as required by 28 U.S.C. § 1446(a) is attached hereto as *Exhibit E, Index of Record.*

20.     In compliance with 28 U.S.C. § 1446(a), counsel for Defendant has also provided a written Notice of Removal to the Circuit Court of Duval County, Florida, a copy of which is attached to this Notice of Removal as *Exhibit F.*

**WHEREFORE** Defendant Great American Insurance Company respectfully requests that the above-captioned lawsuit be removed to the United States District Court of the Middle District of Florida (Jacksonville Division).

Date:  February 1, 2017                          Respectfully submitted,

                                                         */s/  David C. Bibb, Esq.*
                                                         David C. Bibb, Esq. (190330)
                                                         Brian P. Henry, Esq. (0089069)
                                                         Smith, Rolfes & Skavdahl Co., L.P.A.
                                                         200 S Orange Ave Ste 1575
                                                         Orlando, Florida 32801-3404
                                                         T:  (407) 284-4990
                                                         F:  (407) 684-0109
                                                         E:  dbibb@smithrolfes.com
                                                         E:  bhenry@smithrolfes.com

                                                         *Attorneys for Defendant*
                                                         *Great American Insurance Company*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Courts by using the ECF system which will send a notice of electronic filing to the following this 1st day of February 2017. I further certify that upon notification from the Clerk of the Court, a copy of the foregoing will be forwarded via U.S. Mail if a party is a non-ECF participant.

Thomas M. Farrell, IV, Esquire
Farrell Disability Law
2319 Oak Street
Jacksonville, FL 32204
T: (904)388-8870
F: (904)339-9590
E: tom@tfarrellpa.com
rebecca@tfarrellpa.com
farrelljax@aol.com
*Attorney for Plaintiff*

/s/ *David C. Bibb*
David C. Bibb

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**(Jacksonville Division)**

Case No.: _____

WILLIE HARRIS,

      Plaintiff,                                         Removed from Circuit Court
                                                  of Duval County, Florida
v.                                                Case No:  16-CA-006120

GREAT AMERICAN INSURANCE COMPANY,

      Defendant.
_____ /

## INDEX OF RECORD

      Defendant, Great American Insurance Company, hereby files this Index of Record of Duval County State Court filings to date relative to the Notice of Removal filed on this date in the above-referenced matter:

1. Civil Cover Sheet.

2. Complaint.

3. Summons Issued to Great American Insurance Company.

4. Answer, Affirmative Defenses & Demand for Jury Trial.

5. Notice of Service of Interrogatories (First Set) to Plaintiff Willie Harris.

6. Notice of Appearance of Brian P. Henry, Esq.

7. Notice of Designation of Email Addresses for Brian P. Henry, Esq.

8. Notice of Appearance of David C. Bibb.

9. Notice of Designation of Email Addresses for David C. Bibb.

10. Notice of Removal to Federal Court (State).

Date: February 1, 2017                    Respectfully submitted,

                                          /s/ David C. Bibb, Esq.
                                          David C. Bibb, Esq. (190330)
                                          Brian P. Henry, Esq. (0089069)
                                          Smith, Rolfes & Skavdahl Co., L.P.A.
                                          200 S Orange Ave Ste 1575
                                          Orlando, Florida 32801-3404
                                          T: (407) 284-4990
                                          F: (407) 684-0109
                                          E: dbibb@smithrolfes.com
                                          E: bhenry@smithrolfes.com

                                          *Attorneys for Defendant*
                                          *Great American Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Courts by using the ECF system which will send a notice of electronic filing to the following this 1st day of February 2017. I further certify that upon notification from the Clerk of the Court, a copy of the foregoing will be forwarded via U.S. Mail if a party is a non-ECF participant.

Thomas M. Farrell, IV, Esquire
Farrell Disability Law
2319 Oak Street
Jacksonville, FL 32204
T: (904)388-8870
F: (904)339-9590
E: tom@tfarrellpa.com
rebecca@tfarrellpa.com
farrelljax@aol.com
*Attorney for Plaintiff*

/s/ *David C. Bibb*
David C. Bibb

3