16-2016-CA-006120-XXXX-MA

Filing # 46614048 E-Filed 09/19/2016 02:00:54 PM

                                                          IN THE CIRCUIT COURT, FOURTH
                                                          JUDICIAL CIRCUIT IN AND FOR
                                                          DUVAL COUNTY, FLORIDA

                                                          CASE NO:

                                                          DIVISION:

**WILLIE HARRIS,**

       Plaintiff(s),

vs.

**GREAT AMERICAN INSURANCE COMPANY**

       Defendant(s).

_____/

## COMPLAINT

       COMES NOW, the Plaintiff, Willie Harris, by and through his undersigned attorney, and files this Complaint against the Defendant, Great American Insurance Company (hereafter referred to as "Great American"), and states:

       1.     This is an action for damages in excess of $15,000.00 exclusive of interest, costs and attorney's fees.

       2.     The acts and omissions hereinafter complained of occurred in Duval County, Florida in the above-titled judicial district.

       3.     At all times material hereto, Plaintiff was a resident of Duval County, Florida.

       4.     At all times material hereto, the Defendant was an insurance company licensed to do business in the State of Florida.

       5.     At all times material hereto the Plaintiff had in full force and effect an occupational injury policy (hereinafter referred to as the "Policy") issued by Defendant. Said Policy provided for payment of medical expenses and indemnity benefits in the event

the Plaintiff became injured by accident during the performance of his occupation. Said Policy is attached hereto and incorporated herein by reference as "Exhibit A".

6. The Policy was delivered and issued for delivery in the State of Florida, and was to be performed in the State of Florida.

7. The Policy was a contract of insurance between the Plaintiff and Defendant.

8. Plaintiff has made valid claims under the contract, and Defendant has no valid defense for its failure to honor the contract.

9. On or about January 7, 2014, the Plaintiff injured his neck, by accident when he sustained a fall during the performance of his occupation.

10. Plaintiff applied to Defendant for occupational injury benefits under the Policy, however, Defendant denied payment of benefits.

11. Defendant alleged that all of Plaintiff's post-accident medical conditions were "Preexisting Conditions," as defined in the Policy, and, thereby, excluded.

12. Defendant's contention that the Plaintiff's neck injury was a "Preexisting Condition" as defined by the Policy is unsupported by factual or legal basis, and, as such, the denial is wrongful.

13. Defendant breached its contract of insurance by wrongfully denying to the Plaintiff payments for occupational injury benefits under the Policy.

14. Plaintiff has been damaged in that, as a direct and proximate result of Defendant's wrongful denial, Plaintiff has been deprived of medical benefits, indemnity benefits, and other benefits specified within the Policy.

15. Plaintiff has been required to obtain the services of the undersigned attorneys to prosecute the instant claim.

**WHEREFORE**, Plaintiff demands judgment against Defendant for all damages awardable under the Policy including but not limited to medical benefits, indemnity benefits, and any other benefits payable under the policy together with prejudgment interest, costs and attorney's fees pursuant to Florida Statute 627.428, and further demands trial by jury.

DATED THIS 19th day of September.

FARRELL DISABILITY LAW

/s/ Thomas M. Farrell, IV
_____
Thomas M. Farrell, IV, Esquire
2319 Oak Street
Jacksonville, FL 32204
Telephone: (904)388-8870
Fax:        (904)339-9590
Attorneys for Plaintiff
Florida Bar No.: 972347