UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**WILLIE HARRIS,**

      **Plaintiff,**

v.                                **Case No. 3:17-cv-0132-J20-JBT**

**GREAT AMERICAN INSURANCE COMPANY,**

      **Defendant.**

_____/

## O R D E R

      **THIS CAUSE** is before the Court on Plaintiff's "Notice of Settlement" (Dkt. 16, filed May 23, 2017) that indicates this matter has been completely resolved.   Therefore, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

      1.   This case is hereby **DISMISSED** without prejudice, subject to the right of any party to move this court, within sixty (60) days hereof, for the purpose of entering a dismissal with prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

      2.   The Clerk is directed to **CLOSE** this case.

      **DONE AND ENTERED** at Jacksonville, Florida, this 3 <u>rd</u> day of May, 2017.

                            HARVEY E. SCHLESINGER
                            UNITED STATES DISTRICT JUDGE

Copies to:
Thomas M. Farrell, IV, Esq.
Brian P. Henry, Esq.